UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB SILVERMAN,<br><br>    Petitioner,<br><br>    v.<br><br>HUMBOLDT COUNTY CORRECTIONAL FACILITY,<br><br>    Respondent. | Case No. 16-cv-06606-SI<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is dismissed without prejudice to petitioner asserting his claim in a civil rights complaint.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 9, 2018

_____
SUSAN ILLSTON
United States District Judge